UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case Number: 23-14066-CIV-MARTINEZ-MAYNARD

RYAN JEFFREY HOLMES,

    Plaintiff,

vs.

CAPTAIN KENT CAMPBELL,
SERGEANT CHRISTIAN MATHISEN
and SHERIFF DERYL LOAR,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Shaniek Mills Maynard, United States Magistrate Judge, for a Report and Recommendation ("R&R") on this Court's Order Administratively Closing Case pending service of process, (ECF No. 11). Judge Maynard filed an R&R recommending that the case be reopened. (ECF No. 28.) The Court has reviewed the entire file and record, and notes Defendants' concern regarding service upon the Indian River County Sheriff. However, this Court also notes Plaintiff's intention to file a motion for leave to amend his complaint to add the Indian River County Sheriff's Office as a defendant. This Court will consider such motion upon its filing. Accordingly, after careful consideration, it is hereby:

**ADJUDGED** that Judge Maynard's R&R, (ECF No. 28), is **AFFIRMED** and **ADOPTED**. The Clerk is **DIRECTED** to **REOPEN** this case.

**DONE AND ORDERED** in Miami, Florida, this 18 day of October, 2023.

                                                        JOSE E. MARTINEZ
                                                        UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Maynard
All Counsel of Record